IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFERY WHITE, LISA EVANS
AND BRYAN ANDREWS                                                          PLAINTIFFS

VS.                                                       CAUSE NO.: 4:16-CV-00031-SA-JMV

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                 DEFENDANT

## AGREED ORDER OF DISMISSAL

UPON the consideration of the parties' Joint Motion, it is hereby ORDERED that Plaintiffs' complaint, and all their claims, is hereby DISMISSED with PREJUDICE.

Each party to bear their own costs.

SO ORDERED and ADJUDGED, this the 4th day, 2017.


                                                 /s/ Sharion Aycock
                                                 UNITED STATES DISTRICT COURT JUDGE


AGREED AS TO FORM:


*/s/ J. Harland Webster*
J. HARLAND WEBSTER, MSB # 102458
Attorney for Plaintiffs


*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant State Farm Mutual
Automobile Insurance Company